**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rafael SOSA–FELIX, Defendant–Appellant.**

No. 04–51339
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

Dec. 12, 2006.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Rafael Sosa–Felix, Big Spring, TX, pro se.

---

444

Before KING, WIENER, and OWEN, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Rafael Sosa–Felix (Sosa) has requested leave to withdraw and has filed a brief as required by *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the record, counsel's brief, and Sosa's response, discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.